

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00793-CV

**IN RE** Michael E. **GEIGER**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Jason Pulliam, Justice

On December 14, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 18, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-CI-13615, styled *Michael E. Geiger v. Paul A. Hampel*, pending in the 407th Judicial District Court, Bexar County, Texas.